UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>         Plaintiff,  )<br>   )<br>   v.   )     Cause No. 2:21-cr-00013-JMS-CMM<br>   )<br>JASON AARON REYNOLDS (01),  )<br>   )<br>         Defendant.  ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Craig McKee's Report and Recommendation dkt [68] recommending that Jason Aaron Reynolds' supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge McKee's Report and Recommendation dkt [68]. The Court finds that Mr. Reynolds committed Violation Numbers 1, 2, & 3 as alleged by the U.S. Probation Office in its *Petitions for Warrant or Summons for Offender under Supervision* dkt. [61]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Reynolds is sentenced to the custody of the Attorney General or his designee for a period of eight (8) months and with no supervised release to follow. The Court recommends placement in the proximity of central Indiana.

Date: 5/14/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system